

March 20, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 2:47:29 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE VANESSA VELASQUEZ
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name· DANIEL SHERMAN BROWN

Cause No 1422157

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 3-18-15
**Sentence Imposed Date:** 3-18-15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC. Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JANET RAGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P O Box 4651 Houston, Texas 77210-4651

Cause No. 1422157

22809998
22809980

THE STATE OF TEXAS

V.

Daniel Sherman Brown , A/K/A/ _____

183rd District Court / ~~County Criminal Court at~~ Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On **MAR 18 2015** (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw

☐ ~~ADVISES the court that he will CONTINUE to represent the defendant on appeal.~~

| | |
|---|---|
| **MAR 18 2015** | X *AJ Broussard* |
| Date | Attorney (Signature) |
| X DANIEL SHERMAN BROWN | AJ BROUSSARD |
| Defendant (Printed name) | Attorney (Printed name) |
| | #03087292 |
| | State Bar Number |
| | 7119 GILLEN |
| | Address |
| | 713 643 2800 |
| | Telephone Number |

FILED
Chris Daniel
District Clerk

MAR 17 2015

Time: _____
Harris County, Texas

By _____
Deputy

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☑ ASKS the Court to ORDER that a free record be provided to him

☑ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

| | |
|---|---|
| X *Daniel Brown* | X DANIEL SHERMAN BROWN |
| Defendant (Signature) | Defendant's Printed name |

SWORN TO AND SUBSCRIBED BEFORE ME ON **MAR 18 2015** _____

By Deputy District Clerk of Harris County, Texas _____

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

# ORDER

On **MAR 18 2015** _____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☑ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel and/or paying for a clerk's and court reporter's record

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / ~~DENIED~~.

☐ Defendant / appellant's motion (to be found indigent) is DENIED

☐ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____
    Bar Card Number_____ SPN Number _____
    is APPOINTED to represent defendant / appellant on appeal

    ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
    defendant/appellant on appeal
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to
    defendant / appellant.

BAIL IS

☐ SET at $_____

☐ TO CONTINUE as presently set

☑ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED· **MAR 18 2015** _____

_____
JUDGE PRESIDING,
183rd DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. **1422157**

THE STATE OF TEXAS

v.

*Daniel Sherman Brown,* Defendant

IN THE **183rd** DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]  *(This one)*
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [✓] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

Judge _____

Date Signed **MAR 18 2015**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Defendant _____

Mailing Address: _____ **FILED** _____

Telephone number: _____

Fax number (if any): _____

Defendant's Counsel _____

State Bar of Texas ID number: **#03087292**

Mailing Address: **7119 GILLEN**

Telephone number: **713 643 2800**

Fax number (if any): _____

**Chris Daniel**
**District Clerk**
**MAR 17 2015**
Time: _____
By _____
Harris County, Texas
Duputy

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of imaging

* "A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order  In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 5 2(a)(2).

# APPEAL CARD



**Court** _18300_ 5-18-15  **Cause No.** ~~1422157~~ 1422157

## The State of Texas
Vs
_Daniel Sherman Brown_
3-18-15

**Date Notice Of Appeal:** MAR 18 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** _James Anderson_
**Court Reporter** _Janet Kagan_
**Court Reporter** _____
**Court Reporter** _____

**Attorney on Trial** _A. J. Broussard_

**Attorney on Appeal** _____

**Appointed** _____ **Hired** _____

**Offense** _Evade Arrest Detention_

**Jury Trial:** Yes ✓ No_____

**Punishment Assessed** _90 yrs 7K_

**Companion Cases (If Known)** _1414895 + 1422158_

**Amount of Appeal Bond** _∅_

**Appellant Confined:** Yes ✓ No_____

**Date Submitted To Appeal Section** _____

**Deputy Clerk** _____